914.0000815

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

IN RE ) Case No. 10-50616
)
Glady Tabernero Lopez ) Chapter 7
)
Debtor. )
)
)

## ORDER FOR RELIEF FROM THE AUTOMATIC STAY

This matter came on before the undersigned United States Bankruptcy Judge upon the Motion for Adequate Protection and to Modify Stay (the "Motion") filed by US Bank Home Mortgage (the "Creditor") to exercise its state law rights with respect to certain real property (the "Real Property") located at 424 Laurel Ridge Lane, Lexington, NC 27295 and more fully described in the Motion. The Court having considered the Motion and the record in the case finds and concludes as follows:

1. The Creditor filed the Motion on May 26, 2010.

2. The Clerk of the Bankruptcy Court mailed a Notice to interested parties on May 27, 2010 that any objection to the Motion must be filed with the Court by June 8, 2010 and if no objections were filed within that time period, then the Court would consider the Motion without a hearing.

3. No objection to the Motion was filed by any interested party, and the time within which objections must be filed as set forth in the Notice has expired.

4. Cause exists for modification of the automatic stay afforded by § 362 of the Bankruptcy Code.

NOW, THEREFORE, it is hereby ORDERED, ADJUDGED, AND DECREED that the Motion is granted, and the automatic stay afforded by § 362 is modified to allow the Creditor to exercise its state law rights with respect to the Real Property.

IT IS FURTHER ORDERED that Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is waived and that the Creditor may immediately enforce and implement this Order.

IT IS FURTHER ORDERED that if a sale of the Real Property is held and excess proceeds are derived, then such proceeds shall be deposited with the Chapter 7 Trustee in this case.

914.0000815

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

| | |
|---|---|
| IN RE | ) Case No. 10-50616 |
| | ) |
| Josh Rivera Lopez | ) Chapter 7 |
| | ) |
| Debtor. | ) |
| | ) |
| | ) |

## PARTIES OF INTEREST

Glady T. Lopez
828 Regents Center Circle
Lexington, NC 27295

C. Roland Krueger, Esq.
P.O. Box 1896
Lexington, NC 27293-1896

C. Edwin Allman, III, Esq.
P.O. Drawer 5129
Winston Salem, NC 27113-5129

Michael D. West, Esq.
3rd Floor, Room 308
Meyers Law Center Building
101 West Sycamore Street
Greensboro, N.C. 27401

Matthew T. McKee, Esq.
2701 Coltsgate Road Suite 300
Charlotte, N.C. 28211